UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALLISON COSTAKIS,

    Plaintiff,

vs.                                                **Case No. 1:08-CV-195-SPM/AK**

HC HEALTHCARE INC, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Pending before the Court is the Plaintiff's Motion to Stay or, in the alternative, Motion for Entry of Default Judgment (doc. 25). The Defendants have failed to comply with the Court's Order (doc. 20), requiring that they file a notice of appearance by new counsel or submit to the Court in writing notice of their intent to proceed pro se, after prior counsel withdrew from representation. On July 27, 2009, the Court issued an Order to Show Cause (doc. 21), ordering the Defendants to show cause for their lack of compliance and to show cause why a default judgment should not be entered against them. The Defendants have not responded to this Order.

Based on the foregoing, it is ORDERED AND ADJUDGED:

1.    That the Motion for Entry of Default (doc. 25) is hereby GRANTED.

2.      That the Court reserves jurisdiction to enter an award of damages, attorney's fees, and court costs pursuant to 15 U.S.C. §1692k.

**DONE AND ORDERED** this <u>eighteenth</u> day of August, 2009.

<u>  s/ *Stephan P. Mickle*          </u>

Stephan P. Mickle

Chief United States District Judge