UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALLISON COSTAKIS,

    Plaintiff,

vs.                                            **Case No. 1:08-CV-195-SPM/AK**

HC HEALTHCARE INC, et al.,

    Defendants.

_____/

## FINAL JUDGMENT AGAINST DEFENDANTS

THIS CAUSE comes before the Court on Plaintiff's Motion (doc. 29) for Entry of Final Default Judgment in favor of the Plaintiff and against the Defendants and for an Award of Damages. In a prior Order (doc. 26), dated August 18, 2009, the Court granted the Plaintiff's First Motion for Entry of Default (doc. 25), as the Defendants had failed to file a notice of appearance by new counsel or notice of their intent to proceed pro se after their counsel's withdrawal, which was granted on April 27, 2009, and as the Defendant's failed to respond to the Court's Order to Show Cause (doc. 21). In the Order granting the Plaintiff's Motion for Entry of Default (doc. 26), the Court retained jurisdiction to enter an award of damages, attorney's fees, and costs.

Upon consideration of the Plaintiff's Motion for Award of Damages (doc. 29), it is ORDERED AND ADJUDGED as follows:

1.    Judgment is hereby entered in favor of the Plaintiff and said Plaintiff shall recover from the Defendants, jointly and severally, the amount of $6,110.00, which

represents the sum of $5,700.00 in unpaid wages and $410.00 in costs, and which shall bear post-judgment interest at the statutory rate of .35% per year (see 28 U.S.C. § 1961), for which let execution issue.

2. The Clerk is directed to enter this final judgment in favor of Plaintiff, as set forth above.

**DONE AND ORDERED** this twenty-fourth day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge